Filing # 32479500 E-Filed 09/25/2015 09:10:53 AM

IN THE COUNTY COURT OF THE
TWENTIETH JUDICIAL CIRCUIT IN AND FOR
CHARLOTTE COUNTY FLORIDA

MIDLAND FUNDING LLC
ASSIGNEE OF WORLD'S
FOREMOST BANK

Case No. 14-000296-CC

            Plaintiff,

v.

WILLIAM PRALLE
            Defendant.
_____/

## SETTLEMENT AGREEMENT AND JOINT MOTION FOR ORDER APPROVING SETTLEMENT

Plaintiff, MIDLAND FUNDING LLC ASSIGNEE OF WORLD'S FOREMOST BANK, by and through its undersigned counsel, and Defendant(s), WILLIAM PRALLE, hereby agree to settle the above-styled legal action arising out of Defendant's default on MIDLAND FUNDING LLC ASSIGNEE OF WORLD'S FOREMOST BANK revolving credit account number: ************2332, and whereas the parties wishing to amicably settle the matter do hereby agree to the following terms and condition:

1. Defendant, WILLIAM PRALLE acknowledges receipt of the Complaint in the civil matter in the CHARLOTTE COUNTY COURT, Florida styled as set forth above and submits to the jurisdiction of the Court.

2. Defendant, WILLIAM PRALLE agrees to pay, and Plaintiff, MIDLAND FUNDING LLC ASSIGNEE OF WORLD'S FOREMOST BANK agrees to accept, the sum of $2,400.00, provided each payment is received by this office on or before the due date listed on the attached

Exhibit "A"

Payment Schedule. Defendant shall pay the Settlement Amount in 12 monthly installments pursuant to the Payment Schedule attached hereto and incorporated by reference. The first payment of $200.00 is to be received on or before 10/02/2015. Additional payments of $200.00 are payable on the 2nd of each month thereafter.

3. The Settlement Amount shall be made payable to Frederick J. Hanna and Associates, P.C. and shall be mailed to 2253 Northwest Parkway, Marietta, GA 30067. Payment checks should include the MIDLAND FUNDING LLC ASSIGNEE OF WORLD'S FOREMOST BANK Account Number: ************2332.

4. Time is of the essence when mailing the required payments of the Settlement Amount. The payments must be received on or before the due dates.

5. In the event, Defendant, WILLIAM PRALLE defaults in the making of any payment required by this agreement, then written notice of said default shall be given by, Frederick J. Hanna and Associates, P.C. or its attorneys, by regular mail to Defendant, WILLIAM PRALLE at his/her last known address. If such default is not cured within ten (10) days of the date of said notice, then without further notice Plaintiff MIDLAND FUNDING LLC ASSIGNEE OF WORLD'S FOREMOST BANK shall be and is authorized to obtain a judgment for the amount demanded in the Complaint, plus all court costs minus any payments made, after written application to the Court and the filing of a copy of this agreement and an affidavit regarding the default and balance due.

6. Frederick J. Hanna and Associates, P.C. and WILLIAM PRALLE hereby acknowledge and agree that nothing in this Settlement Agreement constitutes a waiver by MIDLAND FUNDING LLC ASSIGNEE OF WORLD'S FOREMOST BANK of its rights to obtain the full settlement amount from WILLIAM PRALLE in the event that WILLIAM PRALLE defaults

in making payments as outlined in this agreement.

7. Upon timely payment of the Settlement Amount, MIDLAND FUNDING LLC ASSIGNEE OF WORLD'S FOREMOST BANK shall file a Notice of Dismissal of the above-styled legal action.

8. Plaintiff, MIDLAND FUNDING LLC ASSIGNEE OF WORLD'S FOREMOST BANK and Defendant, WILLIAM PRALLE hereby acknowledge and agree that this Settlement Agreement constitutes a new agreement and obligation by and between the parties and is entered into for good and valuable consideration. If any part of this agreement is determined to be void or unenforceable, it will not affect the validity of the remainder of this agreement.

9. This Settlement Agreement may not be modified except in a written instrument duly executed by both parties or their authorized representatives.

Effective Date: **SEP 2 4 2015**

Frederick J. Hanna & Associates P.C.
Attorneys at Law
7901 SW 6th Court Ste 310
Plantation FL 33324
(954) 903-2806
(888) 900-0067
(954) 370-6991 (fax)
florida@hannalawoffice.com
By: _/s/_

Anthony J. Maniscalco, Esq., FL Bar #548707
Melissa Alvarez, Esq., FL Bar #98232
Sarah Hafeez, Esq., FL Bar No. 111518
Joy Lynn Kundawala, Esq., FL Bar No. 69406
Robert A. Winter, Esq., FL Bar #0769540

Defendant: WILLIAM PRALLE
Acct No: ************2332
c/o DAVID W. FINEMAN, ESQ.
1436 ROYAL PALM SQUARE BLVD
FORT MYERS, FL 33919
239/939-0900

By: _William Pralle_

WILLIAM PRALLE

C0255991

## PAYMENT SCHEDULE

| | | | | |
|---|---|---|---|---|
| 1 | 2015 | October | 10/2/2015 | $200.00 |
| 2 | 2015 | November | 11/2/2015 | $200.00 |
| 3 | 2015 | December | 12/2/2015 | $200.00 |
| 4 | 2016 | January | 1/2/2016 | $200.00 |
| 5 | 2016 | February | 2/2/2016 | $200.00 |
| 6 | 2016 | March | 3/2/2016 | $200.00 |
| 7 | 2016 | April | 4/2/2016 | $200.00 |
| 8 | 2016 | May | 5/2/2016 | $200.00 |
| 9 | 2016 | June | 6/2/2016 | $200.00 |
| 10 | 2016 | July | 7/2/2016 | $200.00 |
| 11 | 2016 | August | 8/2/2016 | $200.00 |
| 12 | 2016 | September | 9/2/2016 | $200.00 |