

| | |
|---|---|
| Robert A. Winter (FL, GA, MO) | Christopher R. Yarbrough (GA) |
| Joseph C. Cooling (GA) | Melissa Alvarez (FL) |
| Clayton D. Moseley (GA, TN) | Joseph E. Brown (SC) |
| S. Louis Schiappa (GA, NC, SC) | Wesley E. Boyd (SC) |
| Anthony J. Maniscalco (FL) | Joy L. Kundawala (FL) |
| Louis R. Feingold (GA) | Karen E. Berger (FL) |
| M. Scott Peskin (GA) | Christina M. Kempter (GA) |
| M. Quinn McGill (GA) | |

**ATTORNEYS AT LAW**
1355 Roswell Road Suite 240
Marietta, GA 30062
Tel.: (770) 988-9055
Toll Free: (866) 810-9561
Fax: (770) 980-0528

DAVID W. FINEMAN, ESQ.
THE DELLUTRI LAW GROUP. P.A.
1436 ROYAL PALM SQUARE BLVD
FORT MYERS, FL 33919

Date: April 8, 2016
Current Creditor: MIDLAND FUNDING LLC
Original Creditor: WORLD'S FOREMOST BANK
Account Number: ************2332
Account Holder: WILLIAM PRALLE
File No: C0255991
Balance: $7,263.86

Dear DAVID W. FINEMAN, ESQ.:

As you are aware, your client's account is being serviced by Cooling & Winter, LLC. MIDLAND FUNDING LLC is the current owner of this account. We are required to provide some additional information pertaining to this account. The current balance below may include interest, fees, costs, and payments or credits that apply to this account. Please keep this information for your records.

**Account Number at Charge-Off:**  ************2332
**Name of Creditor at Charge-Off:** WORLD'S FOREMOST BANK

**ADDITIONAL ACCOUNT INFORMATION:**

| | |
|---|---:|
| Charge-Off Balance: | $8,110.86 |
| Current Balance: | $7,263.86 |

Sincerely,

Cooling & Winter, LLC
(866) 375-4232

**PLEASE SEE THE FOLLOWING PAGE FOR IMPORTANT DISCLOSURE INFORMATION**

Exhibit "B"

**Important Disclosure Information:**

Federal law prohibits certain methods of debt collection, and requires that we treat you fairly. You can stop us from contacting you by writing a letter to us that tells us to stop the contact or that you refuse to pay the debt. Sending such a letter does not make the debt go away if you owe it. Once we receive your letter, we may not contact you again, except to let you know that there won't be any more contact or that we intend to take a specific action.

If you have a complaint about the way we are collecting this debt, please write to us at 2253 Northwest Parkway, Marietta, GA 30067, email us at info@hannalawoffice.com, or call us toll-free at (800) 291-5144 between 9:00 A.M. and 5:00 P.M. EST, Monday - Friday.

The Federal Trade Commission enforces the Fair Debt Collection Practices Act (FDCPA). If you have a complaint about the way we are collecting your debt, please contact the FTC online at www.ftc.gov; by phone at 1-877-FTC-HELP; or by mail at 600 Pennsylvania Ave., N.W., Washington, D.C. 20580.

> Please understand this communication is from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for this purpose.

Calls to and/or from this company may be monitored or recorded.

*You may request the following information by writing us at 1355 Roswell Road Suite 240, Marietta, GA 30062:*
*1) An account statement or complete transactional history, as applicable, reflecting your name, the last four digits of the account number at the time of charge-off, and the charge-off balance and/or claimed balance, excluding any post charge-off payments; 2) A listing of all prior owners of this account and transfer information; 3) Documentation evidencing the transfer of ownership of the account to Midland Funding; 4) An account statement reflecting purchase, payment or other actual use of the account or a signed document reflecting the opening of the account at issue; and 5) an explanation of how any amount we are seeking to collect in excess of charge-off was calculated* **6) if applicable, the terms and conditions applicable to the account.**

**MAIL PAYMENTS AND CORRESPONDENCE TO:** 1355 Roswell Road Suite 240, Marietta, GA 30062

**CW COOLING & WINTER**
1355 Roswell Road
Suite 240
Marietta, GA 30062

RETURN SERVICE REQUESTED

Mailed From 30062
04/08/2016
031A 0005181397

US POSTAGE
$00.48⁵